■ The People of the State of New York, Respondent, v Leopold Mills, Appellant. [998 NYS2d 922]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed September 19, 2012, upon his conviction of manslaughter in the first degree and criminal possession of a weapon in the fourth degree, the resentence being a period of postrelease supervision in addition to the determinate terms of imprisonment previously imposed on June 22, 1999.

Ordered that the resentence is affirmed.

Inasmuch as the defendant had not yet completed serving his originally imposed sentence of imprisonment when he was resentenced, his resentencing to a term including the statutorily required period of postrelease supervision did not violate the double jeopardy and due process clauses of the United States and the New York Constitutions (see People v Lingle, 16 NY3d 621, 630-632 [2011]; People v Harrison, 112 AD3d 967 [2013]; People v Hernandez, 110 AD3d 918, 919 [2013]; People v Rogers, 105 AD3d 776, 777 [2013]). Skelos, J.P., Sgroi, Maltese and Duffy, JJ., concur.